IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3000 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| AMBER L. DIECKHOFF, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)      A hearing on defendant's motion for new counsel will be held before the undersigned on April 30, 2012, at 3:30 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2)      The defendant, defendant's counsel, and counsel for the government shall be present at this hearing.

DATED this 20th day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge