IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:12CR3000 |
| | ) | |
| v. | ) | |
| | ) | |
| AMBER L. DIECKHOFF, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion for a status conference, (filing no. 38). The motion is granted.

IT IS ORDERED:

1. A status conference is scheduled before Magistrate Judge Zwart on May 17, 2012 at 10:30 a.m. in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. The day prior to the status conference, May 16, 2012, the United States Marshals Service is instructed to transport the defendant to the Marshal holding area at the Lincoln federal building, so she may meet with her newly appointed counsel. The defendant shall arrive at the courthouse by no later than 11:00 a.m., and she shall not be returned to her place of detention until after she has met with her newly appointed counsel. Counsel shall begin meeting with the defendant in the Marshal's holding area no later than 1:00 p.m.

3. The ends of justice served by granting defendant's request to continue the status conference outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of granting the motion, the time between today's date and the status conference, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, because the defendant's newly appointed counsel needs additional time to adequately review the case and meet with the defendant, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

May 10, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge